Ms. Cecilia Clinkscale
Post Office Box 42718,
Philadelphia, Pennsylvania 19101

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

DEC 29 2014

CHRISTOPHER A. PRINE
CLERK

Mr. Christopher A. Prine,
Esquire,
Clerk of the Court,
First District of Texas,
301 Fannin Street,
Room 208,
Houston, Texas 77002-2066



FOREVER USA
PURPLE HEART

U.S. POSTAGE
FCM LETTER
$.42
19083
Date of sale
12/23/14
06    2S00
08276766
SSK
A7524 1224033053

-------- FOLD HERE --------

CASE NO. 01-14-00968-CV

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

DEC 29 2014

CHRISTOPHER A. PRINE
CLERK

| | | |
|---|---|---|
| CECILIA CLINKSCALE, | § | IN THE FIRST DISTRICT |
| Appellant, | § | |
| | § | |
| VS. | § | COURT OF APPEALS |
| | § | |
| LEIROI MICKELE' DANIELS, | § | |
| Appellee. | § | HOUSTON, TEXAS |

## APPELLANT'S NOTICE OF APPEAL ON THE DENIAL OF PAUPER'S OATH

Comes Now, Cecilia Clinkscale, Appellant, in the above styled civil action and files this *Appellant's Notice Of Appeal On The Denial Of Pauper's Oath*, and she seeks to show this Court the following:

### I.

The trial court in this civil action is 113th District (Civil) Court, Harris County, Texas, Cause No. 2012-58724, *Clinkscale v. Daniels* (2012).

### II.

Monday, December 15, 2014, the trial court signed the *Judgment And Order Sustaining Contest To Pauper's Oath. See* Exhibits 1 and 2.

### III.

Appellant desires to appeal this adverse *Order.*

### IV.

Appellant's appeal is in the First Court of Appeals, Houston, Texas, Case No. 01-14-00968-CV.

### V.

Appellant, Cecilia Clinkscale, is the party filing this *Notice Of Appeal.*

Respectfully submitted,

_____ 12/23/2014
CECILIA CLINKSCALE

Appellant,
In Propria Persona

Post Office Box 42718,
Philadelphia, Pennsylvania 19101

Telephone: (215) 828-4516
Facsimile: (877) 669-1745
Email: cclinkscale@gmail.com

2

# CERTIFICATE OF SERVICE

Pursuant to Tex. R. App. P. 9.5(a)-(e), I, Cecilia Clinkscale, Appellant, do hereby certify that on this 23rd day of December 2014, a true and correct copy of the attached and foregoing *Appellant's Notice Of Appeal On The Denial Of Pauper's Oath* was served upon the recipients listed below in the following manner(s):

Mr. Christopher A. Prine,
Esquire,
Clerk of the Court,
Court of Appeals,
First District of Texas,
301 Fannin Street,
Room 208,
Houston, Texas 77002-2066

Service: e-file.txcourts.gov and United States Postal Service, first-class mail.

Mr. Leiroi Mickele' Daniels,
Esquire,
L. Mickele' Daniels & Associates,
Arena Tower I,
Suite 580,
7322 Southwest Freeway,
Houston, Texas 77074

Service: e-file.txcourts.gov and United States Postal Service first-class mail.

CECILIA CLINKSCALE

Appellant,
In Propria Persona

Dated: 12|23|2014

Post Office Box 42718,
Philadelphia, Pennsylvania 19101

Telephone: (215) 828-4516
Facsimile: (877) 669-1745
Email: cclinkscale@gmail.com

3

**EXHIBIT 1**

CAUSE NO. 2012-58724

| | | |
|---|---|---|
| CECILIA CLINKSCALE | § | IN THE DISTRICT COURT OF |
| V. | § | HARRIS COUNTY, TEXAS |
| LEIROI MICKELE' DANIELS | § | 113TH JUDICIAL DISTRICT |

*p.1*
*ponay conso*

## JUDGMENT AND ORDER SUSTAINING CONTEST TO PAUPER'S OATH

BE IT REMEMBERED that on this day came on to be heard the Contest to the Affidavit of Inability To Give Cost Bond of Affiant, in the above numbered and entitled cause. The Court, after considering the evidence and the argument of counsel, finds that Affiant CECILIA CLINKSCALE is able to pay all filing fees, or to give security therefore, that the affidavit was not filed in good faith and that such contest should be and is hereby sustained. Affiant was notified by certified mail return receipt requested and regular mail.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED, that the Contest to the Affidavit of Affiant CECILIA CLINKSCALE to proceed in this matter without payment of the costs of appeal or any part thereof, or to give security therefore is SUSTAINED.

IT IS FURTHER ORDERED that the District Clerk shall not proceed or process any further actions or settings on this case unless and until the Affiant CECILIA CLINKSCALE pays and/or deposits in full all costs of this appeal.

SIGNED this _15_ day of _December, 2014_

_____
JUDGE PRESIDING

Harrison Gregg, Jr.
Senior Assistant County Attorney
SB: 08429500

Certified Document Number: 63580561 - Page 1 of 1



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   December 19, 2014

Certified Document Number:        63580561 Total Pages:  1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

**EXHIBIT 2**

## CAUSE NO. 2012 - 58724

| | | |
|---|---|---|
| CECILIA CLINKSCALE, Plaintiff, | § § § | IN THE DISTRICT COURT OF |
| VS. | § § | HARRIS COUNTY, TEXAS |
| LEIROI MICKELE' DANIELS, Defendant. | § § § | 113th JUDICIAL DISTRICT |

## MOTION TO PROCEED IN FORMA PAUPERIS

I, Cecilia Clinkscale, Plaintiff, respectfully moves this Honorable Court for leave to proceed in this matter either without payment of all case and jury related fees, costs, and-or security or with reasonable financial assistance. Pursuant Tex. R. App. P. 20.1, I have attached hereto an AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS. Tex. R. App. P. 20.1.

Respectfully submitted,

_M. Cinlage_ 12/2/2014
CECILIA CLINKSCALE

Plaintiff/Appellant,
In Propria Persona

Dated: ___12/2/2014___

Post Office Box 42718,
Philadelphia, Pennsylvania 19101

Telephone: (215) 828-4516
Facsimile: (877) 669-1745
Email: cclinkscale@gmail.com

## CAUSE NO. 2012 - 58724

| | | |
|---|---|---|
| CECILIA CLINKSCALE,<br>Plaintiff, | §<br>§<br>§ | IN THE DISTRICT COURT OF |
| VS. | §<br>§ | HARRIS COUNTY, TEXAS |
| LEIROI MICKELE' DANIELS,<br>Defendant. | §<br>§<br>§ | 113th JUDICIAL DISTRICT |

## AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

TO THE HONORABLE JUDGE OF THIS COURT:

I, Cecilia Clinkscale, Plaintiff, being first duly sworn, deposes and states that I am the pro se litigant in the above-captioned case. I am submitting this here AFFIDAVIT in support of the attached MOTION TO PROCEED IN FORMA PAUPERIS. In doing so, I ask to proceed in this said civil action without being required to prepay case and related fees, costs, and-or to give security; with this, I state that because of my poverty I am unable to pay court costs. I verify that the forthcoming statements made in this AFFIDAVIT are true and correct to the best of my current information, knowledge, and belief. 28 U.S.C. § 1746.

Further, I believe that I am entitled to redress, and thus in compliance with Tex. R. App. P. 20.1, I aver:

1. The nature and amount of my current employment income, government entitled income, and other income:

I am currently employed as an adjunct instructor, and I have been employed in this capacity since Monday, January 6, 2013. *See* Exhibit 1. The State of Pennsylvania awards me a food allowance of one-hundred eighty-nine dollars zero cents ($189.00) each month through its Supplemental Nutrition Assistance Program (SNAP). *See* Exhibit 2.

2. The income of my spouse and whether that income is available:

I am not married; therefore, I do not have spousal income as a potential monetary reserve.

3. Real and personal property that I own:

I do not own any real property; I do own a 2009 Toyota Corolla motor vehicle.

4. Cash that I have on hold and amounts on deposit that I can withdraw:

Typically, I do not keep cash with me. I do have a savings account ($500.00) and a checking ($25.00) account through Wells Fargo Bank.

5. My other assets:

I do not have any assets and-or material possessions of value aside from my motor vehicle.

6. The number and relationship (to me) of dependents that I have:

I do not have any dependents.

7. The nature and amount of my debts:

I currently have one Federal Direct (graduate student) Loan ($160,000.00) and one consolidated American Education Services (undergraduate student) loan ($26,000.00). I currently owe Bank of America Visa $3,300.00, Chase Visa $1,095.00, and Discover Cards $3,000.00 (I use this credit card to pay for fuel, to pay my monthly cellular telephone bill, and to pay for automobile insurance).

8. The nature and amount of my monthly expenses:

My monthly expenses are as follows: (a) Rent: $200.00 (I currently reside my parent, and rent is adjusted to income.); (b) Utilities; $75.00; (c) Cellular Phone: $65.00; (d) Virtual Fax: $10.00; (e) Laundry: $40.00 (laundry and detergent); and (f) Automobile Insurance: $198.72.

I also have annual expenses for life insurance ($175.00) and United States Postal Services in Pennsylvania ($144.00) and in Texas ($48.00).

At present, I have monthly job search expenses (printing, travel, stationary, ink, packaging, labels, and postage)($25.00-50.00).

If I need to relocate back to Houston, Texas to prosecute this case, then I must consider relocation expenses which include, but are not limited to, fuel costs ($250.00-225.00), storage costs, and costs for monthly housing accommodations.

9. My ability to obtain a loan for court costs:

Due to my limited income, I am currently unable to secure a bank loan; it is my understanding that for me to ensure a bank loan, I must have a means to repay both the loan and any interests incurred thereof.

10. Whether an attorney is providing me with free legal services, without a contingent fee:

I am not receiving free legal services from an attorney, with or without a contingent fee; hence, I do not have an Interest on Lawyers Trust Accounts ("IOLTA") certificate. TRCP 145(c).

11. Whether an attorney has either agreed to pay or to advance court costs:

I am not receiving, and I have not received either any free legal services or any free assistance from an attorney; hence, to date, no attorney has either agreed to pay or has agreed to advance court costs on my behalf.

Moreover, along with this AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERS, I have submitted "Exhibits 1-2" as "strict proof" to verify my current financial status.

Respectfully submitted,

_Ms. Cecilia Clinkscale_ 12/2/2014

CECILIA CLINKSCALE

Plaintiff/Appellant,
In Propria Persona,

Dated: __12/2/2014__

Post Office Box 42718,
Philadelphia, Pennsylvania 19101

Telephone: (215) 828-4516
Facsimile: (877) 669-1745
Email: cclinkscale@gmail.com

3

Signed under the penalty of perjury on <u>Tuesday, December 2, 2014</u>. 28 U.S.C. § 1746; Tex Gov. Code Ann. § 602.003; 18 Pa. Cons. Stat. § 4902.

_____
Signature

Cecilia Clinkscale
Printed Name


On this _2nd_ day of _December_____, 2014, I administered the above oath or affirmation from the person named above. I am a Notary Public, and I am authorized to administer an oath or affirmation pursuant to 28 U.S.C. § 1746. If I have a seal of office that I am required by law to affix to documents when administering an oath or affirmation, then I have included an original impression of my official seal below.

_____
Signature of Notary Public


Notary Public,
In the County of Montgomery,
State of Pennsylvania

**COMMONWEALTH OF PENNSYLVANIA**
NOTARIAL SEAL
SARA ANNE SOUCIE, Notary Public
Lower Merion Twp., Montgomery County
My Commission Expires April 16, 2018

My commission expires: _April 16, 2018_          Notary Seal

4

## VERIFICATION

STATE OF PENNSYLVANIA        §
§
COUNTY OF MONTGOMERY     §

BERFORE ME, the undersigned Notary Public, on this day personally appeared Cecilia Clinkscale, who, being by me duly sworn on oath, did depose and say the following:

### OATH

"My name is CECILIA CLINKSCALE. I am the Appellant in the above entitled case. I have read the foregoing *Affidavit In Support Of Motion To Proceed In Forma Pauperis*, and each statement of fact therein is true and correct. I have personal knowledge of each such fact stated therein."

**FURTHER, AFFIANT SAYETH NOT.**

By: Cecilia Clinkscale

**SUBSCRIBED TO AND SWORN BEFORE ME** on the 2nd day of December 2014, to certify which witness my hand and official seal.

NOTARY PUBLIC IN AND FOR THE
STATE OF PENNSYLVANIA

[Seal]

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
SARA ANNE SOUCIE, Notary Public
Lower Merion Twp., Montgomery County
My Commission Expires April 16, 2018

Sara Soucie
Print Name:

My Commission Expires: April 16, 208

**EXHIBIT 1**          *Personal & Confidential*

Cecilia Clinkscale


Dear Cecilia:

ITT Educational Services, Inc. and its subsidiaries (collectively "ITT/ESI") is pleased to confirm its offer of at-will employment to you as an Adjunct Faculty, with an effective start date of 13 January 2014. This position is classified as a temporary at-will employment status position. This offer is contingent upon your execution of ITT/ESI's Employee Confidentiality and Intellectual Property Agreement and successful completion of a background check and completion of ITT/ESI's new hire paperwork. The terms of this offer are as follows:

- **Compensation:** Course Rate of $1850 for each course section assigned during an academic quarter. The Course Rate is prorated if you start or stop teaching any time after the start of the academic quarter. Your first pay date will be 31 Janaury 2014 and you will be paid bi-weekly thereafter, less such amounts required to be withheld by law.

  The Course Rate includes pay for successfully teaching all courses scheduled for the academic term through the completion of the term, which includes any of your time devoted to course preparation, course instruction, student advising, test and grade administration and other administrative duties as assigned.

- <u>**Group Benefits:**</u> You will be eligible to participate in the Company's 401(k) plan on the first day of the month after 3 months of employment, subject to the terms and conditions of the plan.

Your employment is conditioned upon your: (a) execution of the ITT Educational Services, Inc. Employee Confidentiality and Intellectual Property Agreement and (b) completion of the Employment Eligibility Verification Form I-9 and presentation of documentation establishing your identity and employment eligibility. By signing this offer letter, you hereby represent and warrant to ITT/ESI that you are not subject to any employment, non-competition or other similar agreement or restriction that would prevent or interfere with ITT/ESI's employment of you on the terms set forth herein.

Once employed, you will be expected to familiarize yourself with and be subject to ITT/ESI's policies, procedures, and practices, most of which are set forth in ITT/ESI's Employee Handbook located on the ITT/ESI Employee Portal.

As an employee you may be provided with a laptop computer, PDA, mobile phone and other company-owned equipment ("Equipment") to allow you to perform your job duties. You may owe amounts from us in the form of advances or overpayments for work-related expenses or wages. In the event your employment relationship with ITT/ESI ends for any reason, and the Equipment and amounts are not returned to ITT/ESI on or before your final date of employment with ITT/ESI, your signature authorizes ITT/ESI to deduct from your final paycheck (i) the replacement cost of the Equipment not returned and (ii) any other amounts you owe the Company including, without limitation, those amounts owed as the result of discretionary advances or wage overpayments, to the extent permitted by federal, state and local law.

This offer letter does not constitute an expressed or implied contract of employment between you and ITT/ESI and in no way guarantees employment for a fixed duration. You will be employed by ITT/ESI on an at-will basis, which means that you are employed for an indefinite period of time and that you or ITT/ESI may terminate your employment at any time. Any alteration of the at-will employment arrangement described in this memo, including an agreement with you for employment for a specified period of time, or any other agreement contrary to the employment arrangement set forth in this memo is invalid, and has no legal force or effect whatsoever unless any such agreement is signed by you and a duly authorized officer of ITT/ESI.

ITT/ESI cannot guarantee that you will teach particular course sections or that you will actually teach in any academic term. ITT/ESI reserves the right to modify or cancel one or all of the course sections assigned to you at any time. If a course section cancellation or employment termination occurs, ITT/ESI will pay a prorated Course Rate for classes taught during the academic term prior to the date of cancellation or termination. No compensation will be owed or paid to you upon or after the termination of your employment or cancellation of course sections unless it was earned prior to the date of termination or cancellation, except as provided by law.

Cecilia, ITT/ESI is excited about the prospect of your employment with ITT/ESI. Should you have any questions, or desire further information, please do not hesitate to contact me.

Sincerely yours,

I acknowledge receipt of and accept this offer of employment.

Name: Cecilia Clinkscale

Signed: _____ 1/11/14      Date: ___1___11___2014___

Adjunct Instructor Offer Letter 07/11

**EXHIBIT 2**

Mail Date: 09/04/2014

Cecilia Clinkscale



## pennsylvania
DEPARTMENT OF PUBLIC WELFARE

OFFICE OF INCOME MAINTENANCE

Record ID:                    Telephone: 1-215-560-6100

Notice ID:

**COMPASS:** The fast and easy way to apply for benefits
www.compass.state.pa.us

*Pennsylvania receives information from other state and federal agencies to verify the information you give them. If you misrepresent, hide, or withhold facts which may affect your eligibility for benefits, you may be required to repay your benefits, and you may be prosecuted and disqualified from receiving certain future benefits.*

**Dear Ms. Clinkscale,**

We received your request for the following benefits. If you have a question, please call the number listed above.

| Which benefit? | This is a summary of your benefits. You can find more information inside this letter. |
|---|---|
| SNAP | We are increasing your SNAP from $23.00 to $189.00 beginning September 15, 2014 because your income has changed.<br><br>If you do not agree with this decision, fill out the enclosed Fair Hearing form, then mail it or give it to your caseworker by November 29, 2014. |



If you have a disability and need this letter in large print or another format, please call our helpline at 1-800-692-7462. TDD Services are available at 1-800-451-5886.

**If you do not agree with our decision,** you have the right to a Fair Hearing. To learn more about Fair Hearings, read Your Right to Appeal and to a Fair Hearing.

**Do you need legal help?** You can get free legal help by visiting:
PHILADELPHIA LEGAL ASSISTANCE at 42 S. 15TH ST. STE 500, PHILADELPHIA, PA 19102 or by calling (215) 981-3800.

 ## Your SNAP Benefits

### ✅ Who qualifies?

| Who qualifies? | When? | How much? |
|---|---|---|
| CECILIA | Sep 15, 2014 | $189.00 |

CECILIA: Inside this letter you can learn more about the income and deductions we used to decide if you qualify.

This is the law we used to make this decision: 7 CFR § 273.9

You will keep getting $189.00 monthly in SNAP until you have a change in your case. We will review your case in November 2014 to see if you still qualify.

## 💲 Your Household Income and Expenses

Here is a list of the monthly income and expenses that we have for your household.

### 📸 Income

| Who has income? | 09/2014 | 10/2014 | | | | |
|---|---|---|---|---|---|---|
| CECILIA Employment: ITT | $1,336.05 | $1,336.05 | | | | |
| Total income | $1,336.05 | $1,336.05 | | | | |

### 📸 Expenses

| Who has expenses? | 09/2014 | 10/2014 | | | | |
|---|---|---|---|---|---|---|
| CECILIA Transportation Costs | $30.00 | $30.00 | | | | |
| Total expenses | $30.00 | $30.00 | | | | |